No. 73–5176. Riley v. LaVallee, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 73–5182. Housden v. United States. C. A. 4th Cir. Certiorari denied.

No. 73–5184. Anderson v. United States. C. A. 9th Cir. Certiorari denied.

No. 73–5189. Martinez-Rodriguez et al. v. Immigration and Naturalization Service. C. A. 9th Cir. Certiorari denied.

No. 73–5197. Kaczynski v. United States. C. A. 6th Cir. Certiorari denied.

No. 73–5200. Peterson v. United States. C. A. D. C. Cir. Certiorari denied.

No. 73–5208. Newman v. United States. C. A. 2d Cir. Certiorari denied.

No. 73–5213. Fawcett et al. v. United States. C. A. 7th Cir. Certiorari denied.

No. 73–5216. Benedetto v. United States. C. A. 3d Cir. Certiorari denied.

No. 73–5220. Curry v. United States. C. A. 9th Cir. Certiorari denied.

No. 73–5222. Walker v. United States. Ct. App. D. C. Certiorari denied.

No. 73–5224. Walters v. United States. C. A. 9th Cir. Certiorari denied.

No. 73–5227. Wilcoxson v. United States. C. A. 2d Cir. Certiorari denied.